Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:18-bk-19678-WJ  AS OF 3/31/2023

TASJ NICOLE SHARP YABUT
634 GARFIELD WAY
REDLANDS, CA  92373

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/20/23 | $1,092.00 | 03/2023 | $2,184.00 |
| 03/06/23 | $1,092.00 | 02/2023 | $0.00 |
| 01/24/23 | $1,092.00 | 01/2023 | $1,092.00 |
| 12/21/22 | $1,092.00 | 12/2022 | $1,092.00 |
| 11/28/22 | $1,092.00 | 11/2022 | $1,092.00 |
| 10/31/22 | $1,092.00 | 10/2022 | $1,092.00 |
| 09/23/22 | $1,092.00 | 09/2022 | $1,092.00 |
| 08/22/22 | $1,092.00 | 08/2022 | $1,092.00 |
| 07/25/22 | $1,092.00 | 07/2022 | $1,092.00 |
| 06/23/22 | $1,092.00 | 06/2022 | $1,092.00 |
| 05/23/22 | $1,092.00 | 05/2022 | $1,092.00 |
| 04/25/22 | $1,092.00 | 04/2022 | $1,092.00 |

CURRENT CASE DISPOSITION: <u>ACTIVE</u>

| | | | |
|---|---|---|---|
| FILING DATE: | 11/15/2018 | MONTHLY PLAN PMT AMT: $1,091.00 | FEES PAID TO ATTY: $0.00 |
| 1ST MEETING DATE: | 12/19/2018 | GROSS RECEIPTS: $49,797.00 | FEES PAID TO TRUSTEE: $2,981.79 |
| CONFIRMATION DATE: | 01/11/2019 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTOR: $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: $45,787.19 | BALANCE ON HAND: $1,028.02 |
| PERCENT TO UNSEC.: | 100.00% | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | HESTON & HESTON, ATTORNEYS AT | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | BANK OF AMERICA NA | UNSECURED | 0.00 | $4,454.00 | $4,671.56 | $3,871.91 | $0.00 | $799.65 |
| 0002 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $2,035.00 | $2,035.19 | $1,686.82 | $0.00 | $348.37 |
| 0003 | QUANTUM3 GROUP LLC AS AGENT | UNSECURED | 0.00 | $291.00 | $323.31 | $260.58 | $0.00 | $62.73 |
| 0004 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | $29,169.00 | $112,464.28 | $0.00 | $0.00 | $0.00 |
| 0005 | FEDLOAN SERVICING | UNSECURED | 0.00 | $9,845.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | MOHELA ON BEHALF OF SOFI | UNSECURED | 0.00 | $13,031.00 | $13,264.43 | $0.00 | $0.00 | $0.00 |
| 0007 | FEDLOAN SERVICING | UNSECURED | 0.00 | $12,685.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | FEDLOAN SERVICING | UNSECURED | 0.00 | $4,369.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | FEDLOAN SERVICING | UNSECURED | 0.00 | $8,896.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | FEDLOAN SERVICING | UNSECURED | 0.00 | $8,414.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | FEDLOAN SERVICING | UNSECURED | 0.00 | $2,998.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | FEDLOAN SERVICING | UNSECURED | 0.00 | $5,996.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0013 | FEDLOAN SERVICING | UNSECURED | 0.00 | $16,106.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0014 | MISSOURI HIGHER EDUCATION LOA | UNSECURED | 0.00 | $13,542.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0015 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | $3,000.00 | $3,000.06 | $2,486.53 | $0.00 | $513.53 |
| 0016 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | $6,170.00 | $5,998.80 | $4,971.95 | $0.00 | $1,026.85 |
| 0017 | PACIFIC PHYSICAL THERAPY | UNSECURED | 0.00 | $245.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0018 | RESURGENT CAPITAL SERVICES | UNSECURED | 0.00 | $3,480.00 | $4,554.13 | $3,774.59 | $0.00 | $779.54 |
| 0019 | CITIBANK NA | UNSECURED | 0.00 | $3,941.00 | $4,120.05 | $3,414.79 | $0.00 | $705.26 |
| 0020 | LVNV FUNDING LLC | UNSECURED | 0.00 | $13,278.00 | $13,053.72 | $10,819.23 | $0.00 | $2,234.49 |
| 0021 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $5,573.00 | $5,573.84 | $4,619.75 | $0.00 | $954.09 |
| 0022 | USAA SAVINGS BANK | UNSECURED | 0.00 | $13,018.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0023 | JP MORGAN CHASE BANK, NA | SECURED | 0.00 | $122,851.00 | $120,379.45 | $0.00 | $0.00 | $0.00 |
| 0024 | NAVY FEDERAL CREDIT UNION | SECURED | 0.00 | $7,257.00 | $6,627.73 | $0.00 | $0.00 | $0.00 |
| 0025 | FRANCHISE TAX BOARD | PRIORITY | 0.00 | $675.00 | $590.23 | $590.23 | $0.00 | $0.00 |
| 0026 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | $5,573.94 | $5,573.94 | $5,573.94 | $0.00 | $0.00 |
| 0027 | HESTON & HESTON ATTORNEYS AT | ATTORNEY FEE - WJ | 0.00 | $0.00 | $3,560.00 | $3,560.00 | $0.00 | $0.00 |
| 10025 | FRANCHISE TAX BOARD | UNSECURED | 0.00 | $0.00 | $34.00 | $15.26 | $0.00 | $18.74 |
| 10026 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $0.00 | $186.44 | $141.61 | $0.00 | $44.83 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | | **$7,488.08** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.  IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.