Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:18-bk-19678-WJ  AS OF 9/30/2023

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 09/25/23 | $1,642.00 | 10/2023 | $0.00 |
| 08/22/23 | $1,092.00 | 09/2023 | $1,642.00 |
| 07/25/23 | $1,092.00 | 08/2023 | $1,092.00 |
| 06/26/23 | $1,092.00 | 07/2023 | $1,092.00 |
| 05/15/23 | $1,092.00 | 06/2023 | $1,092.00 |
| 04/18/23 | $1,092.00 | 05/2023 | $1,092.00 |
| 03/20/23 | $1,092.00 | 04/2023 | $1,092.00 |
| 03/06/23 | $1,092.00 | 03/2023 | $2,184.00 |
| 01/24/23 | $1,092.00 | 02/2023 | $0.00 |
| 12/21/22 | $1,092.00 | 01/2023 | $1,092.00 |
| 11/28/22 | $1,092.00 | 12/2022 | $1,092.00 |
| 10/31/22 | $1,092.00 | 11/2022 | $1,092.00 |

TASJ NICOLE SHARP YABUT
634 GARFIELD WAY
REDLANDS, CA  92373

CURRENT CASE DISPOSITION: **ACTIVE**

| | | | |
|---|---|---|---|
| FILING DATE: | 11/15/2018 | MONTHLY PLAN PMT AMT: $1,091.00 | FEES PAID TO ATTY: $0.00 |
| 1ST MEETING DATE: | 12/19/2018 | GROSS RECEIPTS: $56,899.00 | FEES PAID TO TRUSTEE: $3,655.96 |
| CONFIRMATION DATE: | 01/11/2019 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTOR: $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: $51,736.19 | BALANCE ON HAND: $1,506.85 |
| PERCENT TO UNSEC.: | 100.00% | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | HESTON & HESTON, ATTORNEYS AT | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | BANK OF AMERICA NA | UNSECURED | 0.00 | $4,454.00 | $4,671.56 | $4,509.59 | $0.00 | $161.97 |
| 0002 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $2,035.00 | $2,035.19 | $1,964.63 | $0.00 | $70.56 |
| 0003 | QUANTUM3 GROUP LLC AS AGENT | UNSECURED | 0.00 | $291.00 | $323.31 | $304.80 | $0.00 | $18.51 |
| 0004 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | $29,169.00 | $112,464.28 | $0.00 | $0.00 | $0.00 |
| 0005 | FEDLOAN SERVICING | UNSECURED | 0.00 | $9,845.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | MOHELA ON BEHALF OF SOFI | UNSECURED | 0.00 | $13,031.00 | $13,264.43 | $0.00 | $0.00 | $0.00 |
| 0007 | FEDLOAN SERVICING | UNSECURED | 0.00 | $12,685.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | FEDLOAN SERVICING | UNSECURED | 0.00 | $4,369.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | FEDLOAN SERVICING | UNSECURED | 0.00 | $8,896.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | FEDLOAN SERVICING | UNSECURED | 0.00 | $8,414.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | FEDLOAN SERVICING | UNSECURED | 0.00 | $2,998.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | FEDLOAN SERVICING | UNSECURED | 0.00 | $5,996.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0013 | FEDLOAN SERVICING | UNSECURED | 0.00 | $16,106.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0014 | MISSOURI HIGHER EDUCATION LOA | UNSECURED | 0.00 | $13,542.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0015 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | $3,000.00 | $3,000.06 | $2,896.04 | $0.00 | $104.02 |
| 0016 | NAVY FEDERAL CREDIT UNION | UNSECURED | 0.00 | $6,170.00 | $5,998.80 | $5,790.81 | $0.00 | $207.99 |
| 0017 | PACIFIC PHYSICAL THERAPY | UNSECURED | 0.00 | $245.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0018 | RESURGENT CAPITAL SERVICES | UNSECURED | 0.00 | $3,480.00 | $4,554.13 | $4,396.23 | $0.00 | $157.90 |
| 0019 | CITIBANK NA | UNSECURED | 0.00 | $3,941.00 | $4,120.05 | $3,977.20 | $0.00 | $142.85 |
| 0020 | LVNV FUNDING LLC | UNSECURED | 0.00 | $13,278.00 | $13,053.72 | $12,601.11 | $0.00 | $452.61 |
| 0021 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $5,573.00 | $5,573.84 | $5,380.58 | $0.00 | $193.26 |
| 0022 | USAA SAVINGS BANK | UNSECURED | 0.00 | $13,018.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0023 | JP MORGAN CHASE BANK, NA | SECURED | 0.00 | $122,851.00 | $120,379.45 | $0.00 | $0.00 | $0.00 |
| 0024 | NAVY FEDERAL CREDIT UNION | SECURED | 0.00 | $7,257.00 | $6,627.73 | $0.00 | $0.00 | $0.00 |
| 0025 | FRANCHISE TAX BOARD | PRIORITY | 0.00 | $675.00 | $590.23 | $590.23 | $0.00 | $0.00 |
| 0026 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | $5,573.94 | $5,573.94 | $5,573.94 | $0.00 | $0.00 |
| 0027 | HESTON & HESTON ATTORNEYS AT | ATTORNEY FEE - WJ | 0.00 | $0.00 | $3,560.00 | $3,560.00 | $0.00 | $0.00 |
| 10025 | FRANCHISE TAX BOARD | UNSECURED | 0.00 | $0.00 | $34.00 | $15.26 | $0.00 | $18.74 |
| 10026 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $0.00 | $186.44 | $175.77 | $0.00 | $10.67 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED\*:** | | | **$1,539.08** |

\* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL .   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.