United States Bankruptcy Court
Central District of California

In re:                                                                                    Case No. 18-19678-WJ
Tasj Nicole Sharp Yabut                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                                 Page 1 of 3
Date Rcvd: Jan 17, 2024                       Form ID: van111                             Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tasj Nicole Sharp Yabut, 634 Garfield Way, Redlands, CA 92373-5891 |
| 39202667 | + | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202679 | + | Joseph Simokat, 2213 S. Johnson Circle, Mesa, AZ 85202-6622 |
| 39202684 | + | Pacific Physical Therapy, 325 Main Street, El Segundo, CA 90245-3814 |
| 39202686 | + | Sharmaine Yabut, 3418 Velvet Ash Court, Waldorf, MD 20602-2623 |
| 39487909 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jan 18 2024 00:59:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 39202662 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 18 2024 00:57:00 | Bank of America, 4060 Ogletown/Stanton Road, DE5-019-03-07, Newark, DE 19713 |
| 39300066 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 18 2024 00:58:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 39202663 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 18 2024 00:58:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 39317455 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 18 2024 01:21:32 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 39202665 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2024 00:58:00 | Comenity Bank, BK Department, PO Box 182125, Columbus, OH 43218-2125 |
| 39202666 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2024 00:58:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 39270459 | | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 18 2024 00:59:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 39202677 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 18 2024 00:59:00 | Franchise Tax Board, Bankruptcy Section, MS A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 39202678 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 18 2024 00:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 39202664 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 18 2024 01:11:15 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 39309900 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 18 2024 01:00:46 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 39756507 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 01:00:51 | LVNV Funding LLC, c/o Resurgent Capital |

Case 6:18-bk-19678-WJ   Doc 120   Filed 01/19/24   Entered 01/19/24 21:19:03   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: van111 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39999614 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 01:00:36 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 39215864 | | Email/Text: EBN@Mohela.com | Jan 18 2024 00:58:00 | MOHELA on behalf of SoFi, 633 Spirit Drive, Chesterfield, MO 63005 |
| 39202680 | | Email/Text: EBN@Mohela.com | Jan 18 2024 00:58:00 | Missouri Higher Education Loan, 633 Spirit Drive, Chesterfield, MO 63005 |
| 39202681 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 18 2024 00:59:00 | Navy FCU, 820 Follin Avenue, PO#143806, Vienna, VA 22180-4907 |
| 39202682 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 18 2024 00:59:00 | Navy Federal Credit Union, One Security Place, PO Box 143806, Merrifield, VA 22119-0001 |
| 39266737 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 18 2024 00:59:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 39202683 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 18 2024 00:59:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 39313752 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2024 01:11:19 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 39313118 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2024 01:00:27 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 39302791 | | Email/Text: bnc-quantum@quantum3group.com | Jan 18 2024 00:59:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 39316901 | + | Email/Text: bncmail@w-legal.com | Jan 18 2024 00:59:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 39202685 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 18 2024 01:11:19 | Sears/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 39202687 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jan 18 2024 01:00:35 | SoFi, One Letterman Drive, Building A, Suite 4700, San Francisco, CA 94129-1512 |
| 39300031 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jan 18 2024 01:00:21 | SoFi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129-1518 |
| 39202688 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 01:31:40 | Syncb/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 39949939 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2024 01:00:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 39202689 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 01:00:27 | Synchrony Bank, Attn Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 41456090 | + | Email/Text: EBN@edfinancial.com | Jan 18 2024 00:58:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 39202690 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 18 2024 00:57:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |

| District/off: 0973-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: van111 | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| cr | *+ | | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 39202668 | *+ | | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202669 | *+ | | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202670 | *+ | | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202671 | *+ | | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202672 | *+ | | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202673 | *+ | | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202674 | *+ | | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202675 | *+ | | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202676 | *+ | | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Tasj Nicole Sharp Yabut bhestonecf@gmail.com    benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Josephine E Salmon | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com    JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com |
| Nancy L Lee | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com    nlee@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

## NOTICE OF REQUIREMENT TO FILE A DEBTOR'S CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Tasj Nicole Sharp Yabut
**SSN:** xxx−xx−5644
**EIN:** N/A
dba Xenopad, Inc.

634 Garfield Way
Redlands, CA 92373

**BANKRUPTCY NO.** 6:18−bk−19678−WJ
**CHAPTER** 13

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above−captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: January 17, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form dnrotrf rev. 05/06 VAN−111)

**118 / DR**