United States Bankruptcy Court

Central District of California

In re:                                                                                        Case No. 18-19678-WJ

Tasj Nicole Sharp Yabut                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                                    User: admin                                        Page 1 of 3

Date Rcvd: Feb 02, 2024                         Form ID: van110                               Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tasj Nicole Sharp Yabut, 634 Garfield Way, Redlands, CA 92373-5891 |
| 39202667 | + | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202679 | + | Joseph Simokat, 2213 S. Johnson Circle, Mesa, AZ 85202-6622 |
| 39202684 | + | Pacific Physical Therapy, 325 Main Street, El Segundo, CA 90245-3814 |
| 39202686 | + | Sharmaine Yabut, 3418 Velvet Ash Court, Waldorf, MD 20602-2623 |
| 39487909 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Feb 03 2024 00:49:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 39202662 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 03 2024 00:48:00 | Bank of America, 4060 Ogletown/Stanton Road, DE5-019-03-07, Newark, DE 19713 |
| 39300066 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 03 2024 00:49:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 39202663 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 03 2024 00:49:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 39317455 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2024 00:56:50 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 39202665 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2024 00:49:00 | Comenity Bank, BK Department, PO Box 182125, Columbus, OH 43218-2125 |
| 39202666 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2024 00:49:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 39270459 | | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 03 2024 00:50:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 39202677 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 03 2024 00:50:00 | Franchise Tax Board, Bankruptcy Section, MS A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 39202678 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 03 2024 00:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 39202664 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 03 2024 00:56:56 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 39309900 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 03 2024 01:07:13 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 39756507 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2024 00:56:45 | LVNV Funding LLC, c/o Resurgent Capital |

Case 6:18-bk-19678-WJ    Doc 122    Filed 02/04/24    Entered 02/04/24 21:14:09    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 02, 2024 | Form ID: van110 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39999614 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2024 00:56:40 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 39215864 | | Email/Text: EBN@Mohela.com | Feb 03 2024 00:49:00 | MOHELA on behalf of SoFi, 633 Spirit Drive, Chesterfield, MO 63005 |
| 39202680 | | Email/Text: EBN@Mohela.com | Feb 03 2024 00:49:00 | Missouri Higher Education Loan, 633 Spirit Drive, Chesterfield, MO 63005 |
| 39202681 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 03 2024 00:50:00 | Navy FCU, 820 Follin Avenue, PO#143806, Vienna, VA 22180-4907 |
| 39202682 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 03 2024 00:50:00 | Navy Federal Credit Union, One Security Place, PO Box 143806, Merrifield, VA 22119-0001 |
| 39266737 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 03 2024 00:50:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 39202683 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 03 2024 00:50:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 39313752 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2024 00:56:46 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 39313118 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2024 00:56:55 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 39302791 | | Email/Text: bnc-quantum@quantum3group.com | Feb 03 2024 00:49:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 39316901 | + | Email/Text: bncmail@w-legal.com | Feb 03 2024 00:49:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 39202685 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2024 00:56:47 | Sears/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 39202687 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Feb 03 2024 00:56:35 | SoFi, One Letterman Drive, Building A, Suite 4700, San Francisco, CA 94129-1512 |
| 39300031 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Feb 03 2024 00:56:42 | SoFi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129-1518 |
| 39202688 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 03 2024 00:56:45 | Syncb/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 39949939 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2024 00:56:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 39202689 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 03 2024 01:07:11 | Synchrony Bank, Attn Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 41456090 | + | Email/Text: EBN@edfinancial.com | Feb 03 2024 00:48:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 39202690 | + | Email/Text: bkelectronicnotices@usaa.com | Feb 03 2024 00:48:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |

| District/off: 0973-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 02, 2024 | Form ID: van110 | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 | |
| 39202668 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 | |
| 39202669 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 | |
| 39202670 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 | |
| 39202671 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 | |
| 39202672 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 | |
| 39202673 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 | |
| 39202674 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 | |
| 39202675 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 | |
| 39202676 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 | |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Benjamin Heston | on behalf of Debtor Tasj Nicole Sharp Yabut bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Josephine E Salmon | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com |
| Nancy L Lee | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  nlee@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

(Form van110−dbcrtn/dbcrtni VAN−110)
Rev. 12/09

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Tasj Nicole Sharp Yabut
dba Xenopad, Inc.
**SSN:** xxx−xx−5644
**EIN:** N/A

634 Garfield Way
Redlands, CA 92373

**BANKRUPTCY NO.** 6:18−bk−19678−WJ
**CHAPTER** 13

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the debtor(s) in the above−captioned bankruptcy case has made application to the court for entry of the debtor(s)' discharge from all debts subject to discharge in this case.

Any creditor or party in interest who has knowledge that the debtor(s) does not qualify for a discharge must do the following within 14−days from the date of this notice:

1. File a written objection to entry of discharge;
2. Serve a copy of the written objection on the debtor(s), the debtor's counsel, if any and the Chapter 13 Trustee; and
3. If the objecting party wishes to have a hearing on the objection, this should be stated in the caption of the objection.

If a hearing is set and you fail to attend, the court may deem your objection to the entry of discharge to be withdrawn.

If the court determines that entry of discharge is not warranted, the case will be closed without a discharge.

Dated: February 2, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of the Court