United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 18-19678-WJ |
| Tasj Nicole Sharp Yabut | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0973-6  User: admin  Page 1 of 3
Date Rcvd: Sep 20, 2024  Form ID: 3180W  Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tasj Nicole Sharp Yabut, 634 Garfield Way, Redlands, CA 92373-5891 |
| 39202667 | + | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202679 | + | Joseph Simokat, 2213 S. Johnson Circle, Mesa, AZ 85202-6622 |
| 39202684 | + | Pacific Physical Therapy, 325 Main Street, El Segundo, CA 90245-3814 |
| 39202686 | + | Sharmaine Yabut, 3418 Velvet Ash Court, Waldorf, MD 20602-2623 |
| 39487909 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Sep 21 2024 04:00:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 39202662 | | EDI: BANKAMER | Sep 21 2024 04:00:00 | Bank of America, 4060 Ogletown/Stanton Road, DE5-019-03-07, Newark, DE 19713 |
| 39300066 | + | EDI: BANKAMER2 | Sep 21 2024 04:00:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 39202663 | + | EDI: TSYS2 | Sep 21 2024 04:00:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 39317455 | + | EDI: CITICORP | Sep 21 2024 04:00:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 39202665 | + | EDI: WFNNB.COM | Sep 21 2024 04:00:00 | Comenity Bank, BK Department, PO Box 182125, Columbus, OH 43218-2125 |
| 39202666 | + | EDI: WFNNB.COM | Sep 21 2024 04:00:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 39270459 | | EDI: CALTAX.COM | Sep 21 2024 04:00:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 39202677 | + | EDI: CALTAX.COM | Sep 21 2024 04:00:00 | Franchise Tax Board, Bankruptcy Section, MS A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 39202678 | + | EDI: IRS.COM | Sep 21 2024 04:00:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 39202664 | | EDI: JPMORGANCHASE | Sep 21 2024 04:00:00 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 39309900 | | EDI: JPMORGANCHASE | Sep 21 2024 04:00:00 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: 3180W | Total Noticed: 38 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 39756507 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2024 00:21:40 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39999614 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2024 00:10:32 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 39215864 | | Email/Text: EBN@Mohela.com | Sep 21 2024 00:05:00 | MOHELA on behalf of SoFi, 633 Spirit Drive, Chesterfield, MO 63005 |
| 39202680 | | Email/Text: EBN@Mohela.com | Sep 21 2024 00:05:00 | Missouri Higher Education Loan, 633 Spirit Drive, Chesterfield, MO 63005 |
| 39202681 | + | EDI: NFCU.COM | Sep 21 2024 04:00:00 | Navy FCU, 820 Follin Avenue, PO#143806, Vienna, VA 22180-4907 |
| 39202682 | + | EDI: NFCU.COM | Sep 21 2024 04:00:00 | Navy Federal Credit Union, One Security Place, PO Box 143806, Merrifield, VA 22119-0001 |
| 39266737 | + | EDI: NFCU.COM | Sep 21 2024 04:00:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 39202683 | + | EDI: NFCU.COM | Sep 21 2024 04:00:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 39313752 | | EDI: PRA.COM | Sep 21 2024 04:00:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 39313118 | | EDI: PRA.COM | Sep 21 2024 04:00:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 39302791 | | EDI: Q3G.COM | Sep 21 2024 04:00:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 39316901 | + | Email/Text: bncmail@w-legal.com | Sep 21 2024 00:06:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 39202685 | + | EDI: CITICORP | Sep 21 2024 04:00:00 | Sears/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 39202687 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 21 2024 00:22:05 | SoFi, One Letterman Drive, Building A, Suite 4700, San Francisco, CA 94129-1512 |
| 39300031 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 21 2024 00:22:05 | SoFi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129-1518 |
| 39202688 | + | EDI: SYNC | Sep 21 2024 04:00:00 | Syncb/Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 39949939 | ^ | MEBN | Sep 21 2024 00:03:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 39202689 | + | EDI: SYNC | Sep 21 2024 04:00:00 | Synchrony Bank, Attn Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 39487909 | ^ | MEBN | Sep 21 2024 00:02:46 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 41456090 | + | Email/Text: EBN@edfinancial.com | Sep 21 2024 00:05:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 39202690 | + | EDI: USAA.COM | Sep 21 2024 04:00:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0973-6 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: 3180W | Total Noticed: 38 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 39202668 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202669 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202670 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202671 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202672 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202673 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202674 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202675 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 39202676 | *+ | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Tasj Nicole Sharp Yabut bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Josephine E Salmon | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com |
| Nancy L Lee | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com nlee@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Tasj Nicole Sharp Yabut | Social Security number or ITIN  xxx–xx–5644 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Central District of California | | |
| Case number:  6:18–bk–19678–WJ | | |

# Order of Discharge – Chapter 13                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tasj Nicole Sharp Yabut
dba Xenopad, Inc.

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 9/20/24

**Dated:** 9/20/24                                               **By the court:**         Wayne E. Johnson
                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**127/EZ**

**For more information, see page 2 >**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**